IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TRICIA MORRIS AND DUFFY HERMAN, | ) ) ) | CIV NO. 12-00004 ACK-BMK |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| SPECIALIZED LOAN SERVICING, LLC; ARCH BAY HOLDINGS, LLC - SERIES 2009D; CITIMORTGAGE; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; AND CORPORATIONS 1-50, | ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 21, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Dismiss This Action", docket entry [14] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 10, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Tricia Morris, et al. v. Speciality Loan Servicing, LLC, et al., Civ. no. 12-0004 ACK-BMK: Order Adopting Magistrate Judge's Findings and Recommendation.